[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-14732
Non-Argument Calendar
_____

D.C. Docket No. 1:07-cr-00148-WS-B-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESSE JACKSON,
a.k.a. Jessie Jackson,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(July 7, 2015)

Before JORDAN, ROSENBAUM, and JILL PRYOR, Circuit Judges

PER CURIAM:

Barre Dumas, appointed counsel for Jesse Jackson in this criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jackson's convictions and sentences are **AFFIRMED**.